

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

William Brown,

\* From the 50th District Court
 of Knox County,
 Trial Court No. 10243.

Vs. No. 11-23-00134-CV

\* November 7, 2024

Petty Flying Service, Inc.,

\* Memorandum Opinion by Williams, J.
 (Panel consists of: Bailey, C.J.,
 Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against William Brown.